UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MOLLY WRIGHT, TRISHA BREMER,
SHAWN FISHER, KIMBERLY FISHER,
JAMES R. MARSHALL, ANGELA
MCDOUGALL, THOMAS PATTERSON,
MICHAEL PIASECKI, CHRIS A.
WIGLESWORTH and DOROTHY
WILLIS, on behalf of themselves and all
others similarly situated

      Plaintiffs,

v.                                            Case No:  2:15-cv-249-FtM-38MRM

DYCK-O'NEAL, INC. and LAW
OFFICES OF DANIEL C.
CONSUEGRA, P.L.,

      Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. #67) filed on June 15, 2016.  Judge McCoy recommends that Plaintiff James Marshall, now deceased, be dismissed from this action for failure to file a motion for substitution of party pursuant to Fed. R. Civ. P. 25 and for failure to file a response to the Order to Show Cause.  No party has filed objections to the Report and Recommendation, and the time to do so has expired.  Thus, the Report and Recommendation is ripe for review.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. See 28 U.S.C. § 636(b)(1); *see also* Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After independently examining the file and upon considering Judge McCoy's findings and recommendations, the Court accepts the Report and Recommendation (Doc. #67).

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. #67) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

(2) Plaintiff James Marshall is dismissed from this action.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of July, 2016.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record